**SHA-1 Hash:** 3C80887ED171F1D026BCA9014151A9A831BDC7A7  **Title** Happy Couple
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 23.25.20.209 | 7/30/2012 1:32 | Chicago | IL | Comcast Business Communications | BitTorrent |
| 2 | 70.89.195.30 | 7/11/2012 3:29 | Chicago | IL | Comcast Business Communications | BitTorrent |
| 3 | 75.145.132.145 | 6/28/2012 1:54 | Chicago | IL | Comcast Business Communications | BitTorrent |
| 4 | 24.1.106.214 | 6/27/2012 22:30 | Evanston | IL | Comcast Cable | BitTorrent |
| 5 | 24.1.112.15 | 6/25/2012 17:37 | Lockport | IL | Comcast Cable | BitTorrent |
| 6 | 24.1.136.242 | 7/26/2012 1:53 | Chicago | IL | Comcast Cable | BitTorrent |
| 7 | 24.1.58.214 | 6/28/2012 4:17 | Chicago | IL | Comcast Cable | BitTorrent |
| 8 | 24.12.241.107 | 6/30/2012 10:55 | Mchenry | IL | Comcast Cable | BitTorrent |
| 9 | 24.13.105.218 | 7/24/2012 23:36 | Chicago | IL | Comcast Cable | BitTorrent |
| 10 | 24.13.129.17 | 7/31/2012 2:37 | Wadsworth | IL | Comcast Cable | BitTorrent |
| 11 | 24.13.202.44 | 6/27/2012 5:04 | Vernon Hills | IL | Comcast Cable | BitTorrent |
| 12 | 24.13.32.19 | 6/27/2012 3:42 | Glenview | IL | Comcast Cable | BitTorrent |
| 13 | 24.13.62.34 | 6/26/2012 0:27 | Aurora | IL | Comcast Cable | BitTorrent |
| 14 | 24.13.72.199 | 8/2/2012 2:34 | Park Ridge | IL | Comcast Cable | BitTorrent |
| 15 | 24.14.107.86 | 7/27/2012 5:50 | Sycamore | IL | Comcast Cable | BitTorrent |
| 16 | 24.14.207.63 | 7/16/2012 2:52 | New Lenox | IL | Comcast Cable | BitTorrent |
| 17 | 24.15.101.32 | 6/29/2012 2:34 | Crest Hill | IL | Comcast Cable | BitTorrent |
| 18 | 24.15.145.245 | 8/6/2012 23:20 | Joliet | IL | Comcast Cable | BitTorrent |
| 19 | 24.15.192.122 | 7/22/2012 23:36 | Great Lakes | IL | Comcast Cable | BitTorrent |
| 20 | 24.15.196.15 | 7/26/2012 20:32 | Deerfield | IL | Comcast Cable | BitTorrent |
| 21 | 24.15.230.192 | 6/26/2012 12:12 | Oak Park | IL | Comcast Cable | BitTorrent |

EXHIBIT A

NIL12

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 24.15.243.223 | 7/2/2012 14:42 | Elk Grove Village | IL | Comcast Cable | BitTorrent |
| 23 | 24.15.3.171 | 7/23/2012 4:25 | Willowbrook | IL | Comcast Cable | BitTorrent |
| 24 | 50.129.33.65 | 7/14/2012 1:11 | Lisle | IL | Comcast Cable | BitTorrent |
| 25 | 50.140.175.54 | 6/29/2012 4:18 | Joliet | IL | Comcast Cable | BitTorrent |
| 26 | 67.165.141.57 | 6/28/2012 18:27 | Wheaton | IL | Comcast Cable | BitTorrent |
| 27 | 67.165.142.107 | 7/28/2012 17:02 | Chicago | IL | Comcast Cable | BitTorrent |
| 28 | 67.165.171.167 | 6/26/2012 2:51 | Orland Park | IL | Comcast Cable | BitTorrent |
| 29 | 67.167.95.10 | 7/1/2012 16:12 | Carol Stream | IL | Comcast Cable | BitTorrent |
| 30 | 67.173.0.146 | 8/5/2012 2:45 | Chicago | IL | Comcast Cable | BitTorrent |
| 31 | 67.173.155.134 | 7/4/2012 1:08 | Algonquin | IL | Comcast Cable | BitTorrent |
| 32 | 67.175.186.199 | 7/30/2012 22:49 | Lemont | IL | Comcast Cable | BitTorrent |
| 33 | 67.176.160.130 | 8/7/2012 0:33 | Crystal Lake | IL | Comcast Cable | BitTorrent |
| 34 | 67.176.172.202 | 7/14/2012 6:16 | Downers Grove | IL | Comcast Cable | BitTorrent |
| 35 | 68.51.76.6 | 6/28/2012 22:54 | Chicago | IL | Comcast Cable | BitTorrent |
| 36 | 68.58.115.180 | 7/30/2012 6:43 | Bourbonnais | IL | Comcast Cable | BitTorrent |
| 37 | 71.194.116.25 | 7/24/2012 17:36 | Morris | IL | Comcast Cable | BitTorrent |
| 38 | 71.194.135.26 | 7/8/2012 23:14 | Chicago | IL | Comcast Cable | BitTorrent |
| 39 | 71.194.194.162 | 6/28/2012 13:34 | Chicago | IL | Comcast Cable | BitTorrent |
| 40 | 71.201.124.213 | 6/25/2012 23:09 | Buffalo Grove | IL | Comcast Cable | BitTorrent |
| 41 | 71.201.202.157 | 6/26/2012 3:59 | Berwyn | IL | Comcast Cable | BitTorrent |
| 42 | 71.228.12.249 | 7/20/2012 4:24 | West Chicago | IL | Comcast Cable | BitTorrent |
| 43 | 71.239.19.15 | 7/17/2012 1:34 | Oak Lawn | IL | Comcast Cable | BitTorrent |
| 44 | 71.57.124.134 | 6/26/2012 5:12 | North Aurora | IL | Comcast Cable | BitTorrent |

EXHIBIT A

NIL12

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 45 | 71.57.124.184 | 7/16/2012 6:16 | North Aurora | IL | Comcast Cable | BitTorrent |
| 46 | 76.16.240.146 | 6/28/2012 2:13 | Schaumburg | IL | Comcast Cable | BitTorrent |
| 47 | 76.16.255.95 | 7/15/2012 18:46 | Chicago | IL | Comcast Cable | BitTorrent |
| 48 | 76.16.56.251 | 8/7/2012 10:02 | Chicago | IL | Comcast Cable | BitTorrent |
| 49 | 76.23.67.249 | 7/4/2012 15:45 | Chicago | IL | Comcast Cable | BitTorrent |
| 50 | 76.29.34.20 | 7/25/2012 14:05 | Mchenry | IL | Comcast Cable | BitTorrent |
| 51 | 98.213.131.174 | 7/5/2012 6:30 | Rockford | IL | Comcast Cable | BitTorrent |
| 52 | 98.213.179.242 | 7/26/2012 22:26 | Chicago | IL | Comcast Cable | BitTorrent |
| 53 | 98.213.207.162 | 6/27/2012 5:33 | Loves Park | IL | Comcast Cable | BitTorrent |
| 54 | 98.220.220.3 | 6/26/2012 3:29 | Round Lake | IL | Comcast Cable | BitTorrent |
| 55 | 98.222.210.22 | 7/31/2012 0:46 | Chicago | IL | Comcast Cable | BitTorrent |
| 56 | 98.226.157.109 | 8/8/2012 17:00 | Rockford | IL | Comcast Cable | BitTorrent |
| 57 | 98.226.43.16 | 7/28/2012 4:17 | Wheaton | IL | Comcast Cable | BitTorrent |
| 58 | 98.227.175.44 | 7/20/2012 11:49 | Wheaton | IL | Comcast Cable | BitTorrent |
| 59 | 98.227.31.6 | 7/4/2012 0:44 | Palatine | IL | Comcast Cable | BitTorrent |
| 60 | 98.253.212.144 | 7/13/2012 21:43 | Chicago | IL | Comcast Cable | BitTorrent |
| 61 | 98.253.39.218 | 6/29/2012 8:26 | Glenview | IL | Comcast Cable | BitTorrent |
| 62 | 24.192.87.112 | 7/27/2012 2:56 | Naperville | IL | WideOpenWest | BitTorrent |
| 63 | 64.233.210.206 | 6/27/2012 22:58 | Glendale Heights | IL | WideOpenWest | BitTorrent |
| 64 | 64.53.202.234 | 6/27/2012 14:00 | Elgin | IL | WideOpenWest | BitTorrent |
| 65 | 69.47.179.193 | 7/29/2012 3:48 | Arlington Heights | IL | WideOpenWest | BitTorrent |
| 66 | 69.47.183.40 | 6/25/2012 16:18 | Arlington Heights | IL | WideOpenWest | BitTorrent |
| 67 | 207.238.126.194 | 7/30/2012 1:33 | Chicago | IL | XO Communications | BitTorrent |

EXHIBIT A

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 68 | 216.149.199.8 | 7/30/2012 2:23 | Berwyn | IL | XO Communications | BitTorrent |