

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = happy couple
Search Results: Displaying 5 of 53 entries



*Happy Couple.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001794461 / 2012-06-25 |
| **Application Title:** | Happy Couple. |
| **Title:** | Happy Couple. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format: Full Record  [Format for Print/Save] |
| Enter your email address: _____  [Email] |

# EXHIBIT B

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page