UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12-cv-06675 |
| JOHN DOES 1-68, | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR EXTENSION OF TIME**

Defendant John Doe #15, by its attorneys, Reinhart Boerner Van Deuren s.c., moves this Court to extend the time John Doe #15 has for responding to the October 3, 2012 Subpoena issued to Comcast Corporation (the "Subpoena") by twenty (20) days.

1. By a letter dated October 9, 2012, Comcast Corporation ("Comcast") notified John Doe #15 that Plaintiff Malibu Media, LLC ("Malibu") had filed this action and John Doe #15 had been identified in Comcast's records via an assigned Internet Protocol ("IP") address for allegedly infringing Malibu's copyright.

2. Comcast's letter informed John Doe #15 that "(t)he court has ordered Comcast to supply your name, address and other information to Malibu." The letter also stated that Comcast "will provide your name, address and other information as directed in the Order unless you or your attorney files something with the Northern District of Illinois such as a motion to quash or vacate the Subpoena no later than November 8, 2012."

3. John Doe #15 retained counsel in connection with this matter yesterday, November 6, 2012. John Doe #15's counsel is entering their appearance contemporaneously with the filing of this Motion.

4. Because they were only recently retained to represent John Doe #15, counsel for John Doe #15 need additional time to investigate these matters and complete their response to the Subpoena.

5. Accordingly, John Doe #15 requests that this Court grant it twenty (20) days from the date of this Motion to determine and prepare, if deemed appropriate, a motion to quash the Subpoena with respect to John Doe #15. John Doe #15 also requests that this Court order Comcast to hold in abeyance any of the threatened action contained in its letter regarding the release of John Doe #15's personal information until the expiration of said additional twenty (20) day period if no such motion is filed by John Doe #15.

6. The granting of this request for additional time will not prejudice the parties and will serve the interests of justice.

WHEREFORE, Defendant John Doe #15 respectfully requests that this Court enter an Order:

a. Granting John Doe #15 twenty (20) additional days from the date of the filing of this Motion to respond to the Subpoena; and

b. Requiring Comcast to hold in abeyance any of the threatened action contained in its letter regarding the release of John Doe #15's personal information until the expiration of said additional twenty (20) day period if no such motion is filed by John Doe #15 prior to that time.

Dated this 7th day of November, 2012.

                                              s/James M. Burrows
                                              James M. Burrows
                                              WI State Bar ID No. 1084705
                                              jburrows@reinhartlaw.com
                                              Reinhart Boerner Van Deuren s.c.
                                              1000 North Water Street, Suite 1700
                                              Milwaukee, WI 53202
                                              Telephone: 414-298-1000
                                              Facsimile: 414-298-8097

                                              Attorneys for Defendant John Doe #15