# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br> v. <br><br> JOHN DOES 1 through 68, <br><br> Defendants. | Case Number: 1:12-cv-06675 <br><br> Assigned to Honorable John Z. Lee |

## *NOTICE OF MOTION AND MOTION OF PUTATIVE JOHN DOE X JOINING IN JOHN DOE 26'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY*

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that putative John Doe X in *Malibu Media, LLC v. John Does 1-68,* N.D. Ill. Case No. 1:12-cv-06675, by and through counsel, will and hereby does join in the "Motion for Leave to Proceed Anonymously Pursuant to Fed. R. Civ. P. 8, Motion to Quash Subpoena Pursuant to Fed. R. Civ. Proc. 45, and Motion to Sever Pursuant to Fed. R. Civ. P. 21" filed by putative John Doe 26 in the same action (ECF No. 23). Putative John Doe X hereby fully incorporates herein the grounds, argument, and all other relevant matters set forth in the John Doe 26's motion with respect to the motion for leave to proceed anonymously. In particular, John Doe X incorporates the argument from Section III(A) (pp. 5–7) of John Doe 26's Motion for Leave to Proceed Anonymously (ECF No. 23) which is the section of the document dealing with leave to proceed anonymously. John Doe X has previously filed a separate Motion to Sever all Does Other than Doe No. 1 (ECF No. 36) and a Motion to Quash All Outstanding Subpoenas (ECF No. 37).

The Court, by its minute order of December 4, 2012 (ECF No. 55) set a briefing schedule on John Doe 26's Motion for Leave to Proceed Anonymously, etc., as well as on John Doe X's motions to Sever and Quash, as well as several other similar motions filed by other putative John Does. The presentment hearing date for these motions was also vacated by the same order.

Putative John Doe X joins in the Motion for Leave to Proceed Anonymously filed by John Doe 26 rather than filing his own motion separately to conserve the Court's resources and to minimize the burden on this Court, which is already faced with a multitude of motions dealing with the same issues in this case. Therefore, for the reasons set forth in the John Doe 26's Motion for Leave to Proceed Anonymously, Putative John Doe X respectfully requests that the relief requested therein be granted and that John Doe X also be allowed to proceed anonymously.

DATED: December 5, 2012

Respectfully submitted,

| /s/ Morgan E. Pietz | /s/ Erin Kathryn Russell |
|---|---|
| *Pro Hac Vice* | *Local Counsel* |
| Morgan E. Pietz (Cal. Bar No. 260629) | Erin Kathryn Russell |
| THE PIETZ LAW FIRM | 233 South Wacker Drive |
| 3770 Highland Ave., Ste. 206 | 84th Floor |
| Manhattan Beach, CA 90266 | T: 312-994-2424 |
| mpietz@pietzlawfirm.com | F: 312-706-9766 |
| Telephone: (310) 424-5557 | erin@russellfirmchicago.com |
| Facsimile: (310) 546-5301 | |

Attorney for:
Putative John Doe "X" in 1:12-cv-6675

## CERTIFICATE OF SERVICE

I hereby certify that on this date the above document was submitted to the CM/ECF system, which sent notification of such filing(s) to the Plaintiff which is registered for electronic service.
   Check if Applicable:
   [ ]   Copies of these documents were also served via U.S. Mail, on this date, to the following parties, who are not registered for electronic service:
      N/A

DATED: December 5, 2012                              THE PIETZ LAW FIRM

   */s/ Morgan E. Pietz*
   Morgan E. Pietz
   THE PIETZ LAW FIRM
   Attorney for Putative John Doe(s)
   E-mail: mpietz@pietzlawfirm.com