UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, </br></br> Plaintiff, </br></br> v. </br></br> JOHN DOES 1-68, </br></br> Defendants. | Case No. 1:12-cv-06675 |

**UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.17, Attorney James M. Burrows of Reinhart Boerner Van Deuren s.c. ("Reinhart") hereby moves to withdraw his appearance as counsel on behalf of John Doe #15. John Doe #15's limited engagement of Reinhart has been completed. Reinhart has duly notified John Doe #15 of its completed engagement. Until further notice, John Doe #15 will represent him or herself for the remainder of this matter. Counsel for Plaintiff Malibu Media, LLC has informed me that they do not oppose this motion.

WHEREFORE Attorney James M. Burrows and Reinhart respectfully request an order granting this unopposed motion to withdraw as counsel for John Doe #15.

Dated this 20th day of December, 2012.

                                                                                                                 s/ James M. Burrows
                                                                                                                 James M. Burrows
                                                                                                                  WI State Bar ID No. 1084705
                                                                                                                  jburrows@reinhartlaw.com
                                                                                                                  Reinhart Boerner Van Deuren s.c.
                                                                                                                  1000 North Water Street, Suite 1700
                                                                                                                  Milwaukee, WI 53202
                                                                                                                  Telephone: 414-298-1000
                                                                                                                  Facsimile: 414-298-8097

9302022