IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOES 1-68,

        Defendants.

Civil Action No. 1:12-cv-06675
Judge John Z. Lee

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 20 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 20 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 20 was assigned the IP Address 24.15.196.15. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 20 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: September 11, 2013

        Respectfully submitted,

        By:   /s/ *Mary K. Schulz*
        Mary K. Schulz
        Schulz Law, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email: SchulzLaw@me.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                       By: _/s/ *Mary K. Schulz*_____
                                       Mary K. Schulz