**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Malibu Media, LLC

                        Plaintiff,

v.                                           Case No.: 1:12–cv–06675
                                                    Honorable John F. Grady

John Does 1–68, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 11,2013:

      MINUTE entry before Honorable John Z. Lee: Pursuant to the notice of settlement and voluntary dismissal filed on 9/11/13 [83], Defendant John Doe 20 is dismissed from this action with prejudice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.